UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALMA E. SCHWARTZ,

JUDGMENT
03-CV- 4950 (DGT)

Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 31 2006 ★

Defendant.

BROOKLYN OFFICE

----------------------------------------------------------------X

An Order of Honorable David G. Trager, United States District Judge, having been filed on March 29, 2006, remanding the case to the Commissioner for the reasons set forth on the record at the hearing held on March 29, 2006; it is

ORDERED and ADJUDGED that judgment is hereby entered remanding the case to the Commissioner for the reasons set forth on the record at the hearing held on March 29, 2006.

Dated: Brooklyn, New York
March 30, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court